IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SHAWNDERIC LAMARR HORTON                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 1:13cv508 MTP

CAPTAIN BRENDA SIMS, et al.                                DEFENDANTS

## JUDGMENT

This cause having come before the court on a Motion for Summary Judgment [42] filed by Defendants, and a decision having been duly rendered by separate Opinion and Order [45],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. All pending motions are denied as moot.

THIS, the 17th day of October, 2014.

_____
Michael T. Parker
United States Magistrate Judge